IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE,** *a pseudonym,*<br><br>       *Plaintiff*<br><br>  v.<br><br>**MAIN LINE HOSPITALS, INC.**<br><br>   and<br><br>**MAIN LINE HEALTH, INC.,**<br><br>       *Defendants* | CIVIL ACTION<br><br>No. 2:20-cv-02637-KSM |

**CORPORATE DISCLOSURE STATEMENT**
**ON BEHALF OF MAIN LINE HOSPITALS, INC.**

☑  The nongovernmental party in the above listed civil action, Main Line Hospitals, Inc., does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐  The nongovernmental corporate party, _____in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:_____
_____

                Respectfully submitted,

Dated: July 22, 2020      */s/ Caren Litvin*
                CAREN LITVIN (I.D. No. 41796)
                LITVIN LAW OFFICE
                150 N. Radnor Chester Road
                Suite F-200
                Radnor, PA  19087
                Phone   (610) 977-2049
                CL@litvinlawoffice.com
                *Counsel for Defendants, Main Line Hospitals, Inc.*
                *and Main Line Health, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2020, a true and correct copy of the foregoing Disclosure Statement was filed electronically and served upon counsel of record via the Court's electronic filing system.

Dated:  July 22, 2020  */s/ Caren Litvin*
CAREN LITVIN (I.D. No. 41796)
LITVIN LAW OFFICE
150 N. Radnor Chester Road
Suite F-200
Radnor, PA  19087
Phone   (610) 977-2049
CL@litvinlawoffice.com
*Counsel for Defendants*
*Main Line Hospitals, Inc. and*
*Main Line Health, Inc.*