IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE,** *a pseudonym*, <br><br> Plaintiff, <br><br> v. <br><br> **MAINE LINE HOSPITALS, INC., et al.**, <br><br> Defendants. | CIVIL ACTION <br><br> NO. 20-2637-KSM |

## ORDER

**AND NOW**, this 1st day of September, 2020, upon consideration of Plaintiff Jane Doe's Motion for Leave to Proceed Under a Pseudonym (Doc. No. 3) and Defendants' opposition brief (Doc. No. 7), and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED** that Plaintiff's Motion is **DENIED**. **IT IS FURTHER ORDERED** that Doe shall file an Amended Complaint to reflect her true identity, by **September 15, 2020**.

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.